FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2011 FEB -1  AM 10: 31

OFFICE OF THE CLERK

4:10 cb 3009

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | VIOLATION NO. 1752680 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUZANNE PHILLIPS, | ) | MOTION AND ORDER TO |
| | ) | DISMISS |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to dismiss this matter at the request of the undersigned because an agreement was reached with the defendant that this violation would be dismissed upon payment in full of Violation #1752679 in full.  The undersigned has received notice that the defendant has fully complied with the agreement.

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
      United States Attorney
      District of Nebraska

And:

ALAN L. EVERETT #15387
Assistant U. S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Telephone: (402) 437-5241

IT IS SO ORDERED this 31st day of January, 2011.

BY THE COURT:

CHERYL R. ZWART
United States Magistrate Judge